

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2000

MICHAEL N. MILBY CLERK

RESETTING

UNITED STATES OF AMERICA

V.                                                     CASE NUMBER:   CA-C-00-24

TEXAS AMERICAN SHIPPING CORP., ET AL

United States District Court
Southern District of Texas
FILED

NOTICE TO APPEAR              MAR 17 2000

Michael N. Milby
Clerk of Court

TO:   Peter Glenn Myer
PLAINTIFF IS REQUIRED TO NOTIFY DEFENDANTS OF THIS HEARING DATE.

YOU ARE ORDERED TO APPEAR <u>Wednesday, April 26, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

_X_  Scheduling Conference                             ___ Motion Hearing:
Previous setting of March 22, 2000 is cancelled.

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:  ___Judith F. Alvarez___          Date: _March 17, 2000_