UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. C-00-024 |
| TEXAS AMERICAN SHIPPING CORP. in personam, and the M/V PAL EAGLE, its engines, tackle, etc., in rem, | § § § § § | In Admiralty Rule 9(h) |
| Defendants | § § | |

**DEFENDANT TEXAS AMERICAN SHIPPING CORP.'S ANSWER
TO THE UNITED STATES OF AMERICA'S VERIFIED COMPLAINT**

Defendant, Texas American Shipping Corp. ("Texas American") hereby files the following answer to plaintiff's complaint:

1.  Defendant Texas American is without knowledge or information sufficient to form a belief as to averment contained in paragraph 1 of plaintiff's complaint.

2.  Defendant Texas American admits the averment contained in paragraph 2 of plaintiff's complaint.

HOU.183412 1
18286.92343

3. Defendant Texas American is without knowledge or information sufficient to form a belief as to averment contained in paragraph 3 of plaintiff's complaint.

4. Defendant Texas American denies that it was engaged in the business of carriage of goods upon water for hire at the relevant time in issue in this case. Defendant Texas American admits that it is now engaged in the business of carriage of goods upon water for hire.

5. Defendant Texas American hereby denies it was a corporation organized under the laws of the State of Texas at the pertinent time in issue in this case and denies that it was doing business within this District at the pertinent time in issue. Defendant Texas American admits that it is now a corporation under the laws of the State of Texas and does now do business within this district.

6. Defendant Texas American denies the averment contained in paragraph 6 of plaintiff's complaint.

7. Defendant Texas American is without knowledge or information sufficient to form a belief as to averment contained in paragraph 7 of plaintiff's complaint.

8. Defendant Texas American denies that the World Vision Relief & Development, Inc. ("WVRD") entered into a contract of carriage of goods with Texas American for shipment of anything. Upon information and belief, defendant Texas American believes that WVRD may have entered into a contract of carriage of goods with

Texas American Shipping, a division of Fednav International, Ltd., which was and is a different entity from Texas American.

9.  Defendant Texas American denies that the shipments described in Schedule A attached to plaintiff's complaint were delivered to defendant and Texas American denies that it accepted said shipments and agreed to transport same. Defendant Texas American believes that a contract may have been entered into with Texas American Shipping, a division of Fednav International, Ltd., which is a separate company from Texas American Shipping Corp.

10. Defendant Texas American denies that the bill of lading in issue was signed by this defendant or its authorized agent.

11. Defendant Texas American denies the averment contained in paragraph 11 of plaintiff's complaint.

12. Defendant Texas American is without knowledge or information sufficient to form a belief as to the truth of the averment contained in paragraph 12 of plaintiff's complaint.

13. Defendant Texas American is without knowledge or information sufficient to form a belief as to the averment contained in paragraph 13 of plaintiff's complaint.

14. Defendant Texas American is without knowledge or information sufficient to form a belief as to the averment contained in paragraph 14 of plaintiff's complaint.

15. Defendant Texas American denies that any demand for payment was made prior to the filing of plaintiff's complaint and is without knowledge or information sufficient to form a belief as to the truth of the remaining parts of the averment contained in paragraph 15 of plaintiff's complaint.

Respectfully submitted,

BROWN McCARROLL & OAKS HARTLINE, L.L.P.
2727 Allen Parkway, Suite 1300
Houston, TX 77019-2100
(713) 525-6285 Telephone
(713) 525-6395 Facsimile

By: *Paul Heard*
Paul D. Heard
Attorney in Charge
State Bar of Texas No.: 09338200
Southern District of Texas No.: 15989

**ATTORNEY FOR DEFENDANT
TEXAS AMERICAN SHIPPING CORP.**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record indicated below by certified mail, return receipt requested, as required by the Federal Rules of Civil Procedure on __4-14-00__.

*Paul Heard*

David W. Ogden
J. Michael Bradford
Peter G. Myer
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271