# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

### RESETTING

UNITED STATES OF AMERICA

V.                                                   CASE NUMBER:   CA-C-00-24

TEXAS AMERICAN SHIPPING CORP., ET AL

## NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

MAY - 1 2000

Michael N. Milby
Clerk of Court

TO:   Peter Glenn Myer
      Paul Douglas Heard

**YOU ARE ORDERED TO APPEAR** <u>Wednesday, July 26, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

## TO ATTEND THE FOLLOWING PROCEEDING:

| | |
|---|---|
| _X_ Initial Pretrial Conference<br>Continued from April 26, 2000. | ___ Motion Hearing: |
| ___ Jury Selection and Trial | ___ Show Cause Hearing |
| ___ Sentencing | ___ Status Conference |
| ___ Revocation Hearing | ___ Other: |

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:   <u>Judith F. Alvarez</u>

Date: <u>May 1, 2000</u>