

# The State of Texas
## Secretary of State

United States District Court
Southern District of Texas
FILED

JUL 19 2000

Michael N. Milby, Clerk

2000-035933-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Amended Verified Complaint in the cause styled:

    United States of America vs. Texas American Shipping Corp., et al
    United States District Court Southern District of Texas, Corpus Christi Division
    Cause No C00024

was received by this office on April 10, 2000, and that a copy was forwarded on May 19, 2000, by REGISTERED MAIL, return receipt requested to:

    FEDNAV INTERNATIONAL, LTD.
    Suite 3500
    1000 rue de La Gauchetiere Ouest
    Montreal, Quebec H3B4W5
    Canada

The RETURN RECEIPT was received in this office on June 26, 2000, bearing Signature Of Addressee's Agent.

Date issued: June 28, 2000

*Elton Bomer*
*Secretary of State*

