```
                                                    United States District Court
                                                    Southern District of Texas
                                                              FILED
          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS            JUL 19 2000
               CORPUS CHRISTI DIVISION
                                                    Michael N. Milby, Clerk
```

UNITED STATES OF AMERICA,        )
                                 )
      Plaintiff,              )
                                 )
v.                               )      Civil Action No. C00024
                                 )
TEXAS AMERICAN SHIPPING CORP.    )      In Admiralty
and FEDNAV INTERNATIONAL, LTD.,  )
in personam, and the             )
M/V PAL EAGLE                    )      Rule 9(h)
its engines, tackle, etc., in rem, )
                                 )
      Defendants.             )
_____)

## UNITED STATES' DISCLOSURE OF INTERESTED PARTIES

Plaintiff United States, through its undersigned counsel, hereby certifies that all claims made in this lawsuit have been assigned, by operation of law and by specific documents, to the United States, which is the only party plaintiff with any financial interest in the case.

Dated: July 18, 2000

                                        Respectfully submitted,

                                        DAVID W. OGDEN
                                        Acting Assistant Attorney General

                                        MERVYN M. MOSBACKER
                                        United States Attorney

_[signature]_
PETER G. MYER
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4112
Facsimile: (202) 616-4032

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was Federal Expressed to following counsel of record this 18th day of July, 2000:

>Paul Douglas Heard
>Brown McCarroll & Oaks Hartline, LLP
>1300 Wortham Tower, 2727 Allen Parkway
>Houston, Texas 77019-2100
>(713) 525-6285
>
>John S. Lilly
>Eastham, Watson, Dale & Forney LLP
>The Niels Esperson Building, 20th flr.
>808 Travis Street
>Houston, Texas 77002-5769
>(713) 225-0905

_[signature]_
PETER G. MYER