UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 21 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § v. § § TEXAS AMERICAN SHIPPING CORP. § and FEDNAV INTERNATIONAL, LTD., § in personam, and the § M/V PAL EAGLE § its engines, tackle, etc., in rem, § § Defendants. § § | Civil Action No. C00024 In Admiralty Rule 9(h) |

## TEXAS AMERICAN SHIPPING CORP.'S DISCLOSURE OF INTERESTED PARTIES

Defendant Texas American Shipping Corp., through its undersigned counsel, hereby certifies that the only party related to this defendant with any financial interest in the case is Texas American Shipping Corp., a Texas corporation.

Respectfully submitted,

BROWN MCCARROLL & OAKS HARTLINE, L.L.P.
A Registered Limited Liability Partnership
2727 Allen Parkway, Suite 1300
Houston, TX 77019-2100
(713)525-6285
(713)525-6295 (fax)

By: *Paul Heard*
Paul Douglas Heard
TBN: 09338200

Attorney for Defendant,
Texas American Shipping Corp.

HOU:189086.1
18286.92344

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was Federal Expressed to the following counsel of record this 20th day of July, 2000.

> Peter G. Myer
> Torts Branch, Civil Division
> U.S. Department of Justice
> P. O. Box 14271
> Washington, D.C. 20044-4271

_____
Paul Douglas Heard

HOU.189086 1
18286.92344

2