IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG - 2 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CHARLEY WHITE, § | |
| Petitioner, § | |
| § | 12. |
| v. § | Civil Action No. C-00-224 |
| § | |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

CAME ON this day for consideration Respondent Johnson's First Motion for Extension of Time, and the court, having considered said motion, is of the opinion that it has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent's time for filing an answer or responsive pleading should be, and hereby is, extended thirty days, up to and including August 2, 2000.

SIGNED on this the 1st day of August, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

_____
PETER G. MYER, Trial Attorney
Texas Bar No. 14756600
Torts Branch, Civil Division
U. S. Department of Justice
P. O. Box 14271
Washington, D.C. 20044-4271
Telephone: (202) 616-4112
Facsimile: (202) 616-4159

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that I have conferred with all counsel of record, none of whom oppose this motion.

_____
PETER G. MYER

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was Federal Expressed to following counsel of record this 20th day of July, 2000:

Paul Douglas Heard
Brown McCarroll & Oaks Hartline, LLP
1300 Wortham Tower, 2727 Allen Parkway
Houston, Texas 77019-2100
(713) 525-6285

John S. Lilly
Eastham, Watson, Dale & Forney LLP
The Niels Esperson Building, 20th flr.
808 Travis Street
Houston, Texas 77002-5769
(713) 225-0905

_____
PETER G. MYER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. C00024 |
| | ) | |
| TEXAS AMERICAN SHIPPING CORP. | ) | In Admiralty |
| and FEDNAV INTERNATIONAL, LTD., | ) | |
| in personam, and the | ) | |
| M/V PAL EAGLE | ) | Rule 9(h) |
| its engines, tackle, etc., in rem, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause having come before the Court on the motion of the Plaintiff, the United States of America, for leave for Assistant United States Attorney Charles Wendlandt to appear for Trial Attorney Peter G. Myer at the Scheduling Conference on Wednesday, July 26 at 1:15 p.m., and the Court having considered the United States' motion, the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, and DECREED that the motion of the Plintiff, the United States of America, is granted, and leave is granted for Assistant United States Attorney Charles Wendlandt to appear for Trial Attorney Peter G. Myer at the Scheduling Conference on Wednesday, July 26 at 1:15 p.m.

DONE at Corpus Christi, Texas this __ day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE