UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 25 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 13. |
| | ) | |
| v. | ) | Civil Action No. C00024 |
| | ) | |
| TEXAS AMERICAN SHIPPING CORP. | ) | In Admiralty |
| and FEDNAV INTERNATIONAL, LTD., | ) | |
| in personam, and the | ) | |
| M/V PAL EAGLE | ) | Rule 9(h) |
| its engines, tackle, etc., in rem, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause having come before the Court on the motion of the Plaintiff, the United States of America, for leave for Assistant United States Attorney Charles Wendlandt to appear for Trial Attorney Peter G. Myer at the Scheduling Conference on Wednesday, July 26 at 1:15 p.m., and the Court having considered the United States' motion, the Court being fully advised in the premises, it is hereby:

ORDERED, ADJUDGED, and DECREED that the motion of the Plintiff, the United States of America, is granted, and leave is granted for Assistant United States Attorney Charles Wendlandt to appear for Trial Attorney Peter G. Myer at the Scheduling Conference on Wednesday, July 26 at 1:15 p.m.

DONE at Corpus Christi, Texas this 24 day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE