SOUTHERN DISTRICT OF TEXAS          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
JUL 25 2000
MICHAEL N. MILBY CLERK

| | |
|---|---|
| United States of America § § | |
| versus § | CIVIL ACTION NO. CA-C-00-24 |
| § | |
| Texas American Shipping Corp., et. al. § | |

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the <u>Texas American Shipping Corp's Disclosure of Interested Parties</u>; however, it is deficient as checked. (LR refers to the Local Rules of this District.)

1. \_\_\_\_ Document is not signed. (LR11.1)

2. \_\_\_\_ Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. ✓ Document does not furnish required attorney information. (LR11.3.A.(1) through (6).

4. \_\_\_\_ No certificate of service or explanation why service is not required. (LR5.4)

5. \_\_\_\_ Motion does not comply as follows:

   a. \_\_\_\_ No certificate of consultation (LR7.1D)

   b. \_\_\_\_ No certificate of service of motion. (LR5.6)

6. \_\_\_\_ Other:

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: 07-25-00                                    _____
                                                  UNITED STATES DEPUTY CLERK

clkntcdf.new
02/07/2000

14.