UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 26 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiff, | § | Civil Action No. C-00024 ~~1:00CV-055~~ |
| v. | § § | In Admiralty |
| TEXAS AMERICAN SHIPPING CORP. and FEDNAV INTERNATIONAL, LTD. *in personam*, and the M/V PAL EAGLE its engines, tackle, etc., *in rem*, | § § § § § | Rule 9(h) |
| Defendants. | § | |

## DEFENDANT FEDNAV INTERNATIONAL, LTD'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Order for Conference and Disclosure of Interested Parties, below is a list of persons or entities who are presently believed to be financially interested in the outcome of the above-numbered and styled cause of action.

1. The United States of America.

2. Texas American Shipping Corp.

3. Fednav International, Ltd

19476.0PNS7138.JSL

16.

Respectfully submitted,

_____
John S. Lilly
Texas State Bar No. 12356505
William A. Durham
Texas State Bar No. 06281800
Niels Esperson Building, 20th Floor
808 Travis Street
Houston, TX 77002
Telephone: (713) 225-0905
Telefacsimile: (713) 225-2907
Attorneys in Charge for Defendant,
Fednav International, Ltd.

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I am a member of the firm of Eastham, Watson, Dale & Forney, L.L.P., attorneys for the Defendant herein, and that I have sent via facsimile and mailed a copy of the foregoing, via certified mail, return receipt requested, to all counsel of record this 25th day of July, 2000.

David W. Ogden
Acting Assistant Attorney General
J. Michael Bradford
United States Attorney
Peter G. Myer
Trial Attorney
U. S. Department of Justice
P. O. Box 14271
Washington, D. C. 20044-4271

Paul Heard
Brown, McCarroll & Oaks Heartline, L.L.P.
2727 Allen Parkway, Suite 1300
Houston, Texas 77019
Telephone: 713-529-3110
Facsimile: 713-525-6295

_____
John S. Lilly

19476.0PNS7138.JSL

2