UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-024 |
| | § | |
| TEXAS AMERICAN SHIPPING CORP. | § | In Admiralty |
| and FEDNAV INTERNATIONAL, LTD | § | |
| in personam, and the | § | |
| M/V PAL EAGLE, | § | Rule 9(h) |
| its engines, tackle, etc., in rem, | § | |
| | § | |
| Defendants | § | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND
DESIGNATION OF ATTORNEY-IN-CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Texas American Shipping Corp. ("Texas American"), hereby moves this Court for permission to substitute John S. Lilly and Wiliam A. Durham as counsel of record in lieu of Paul D. Heard. In addition, Texas American hereby designates John S. Lilly as attorney-in-charge. The name, address, telephone number, telecopier number, and State Bar Number of John S. Lilly and Wiliam A. Durham are:

HOU:189315 1
18286 92343

John S. Lilly
Texas Bar No. 12356505
Wiliam A. Durham
Texas Bar No. 06281800
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002-5769
Telephone: (713) 225-0905
Telecopier: (713) 225-2907

This motion is based on good cause in that Texas American desires a present change of representation. Very little discovery has been conducted and there is no trial setting in this case, therefore, it is believed that a substitution of counsel will not delay this case nor will it prejudice the other parties to this case.

Respectfully submitted,

BROWN McCARROLL & OAKS HARTLINE, L.L.P.
2727 Allen Parkway, Suite 1300
Houston, TX 77019-2100
(713) 525-6285 Telephone
(713) 525-6395 Facsimile

By: *Paul Heard*
Paul D. Heard
Attorney in Charge
State Bar of Texas No.: 09338200
Southern District of Texas No.: 15989

**ATTORNEY FOR DEFENDANT
TEXAS AMERICAN SHIPPING CORP.**

## CERTIFICATE OF CONFERENCE

I have spoken to counsel for the other parties in this case and they are unopposed to this motion.

*Paul Heard*

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record indicated below by certified mail, return receipt requested, as required by the Federal Rules of Civil Procedure on July 26, 2000.

*Paul Heard*

Peter G. Myer
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

John S. Lilly
Eastham, Watson, Dale & Forney, L.L.P.
The Niels Esperson Building, 20th Floor
808 Travis Street
Houston, Texas 77002-5769

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-024 |
| | § | |
| TEXAS AMERICAN SHIPPING CORP. | § | In Admiralty |
| and FEDNAV INTERNATIONAL, LTD | § | |
| in personam, and the | § | |
| M/V PAL EAGLE, | § | Rule 9(h) |
| its engines, tackle, etc., in rem, | § | |
| | § | |
| Defendants | § | |

## ORDER

It is hereby ORDERED that Defendant Texas American Shipping Corp.'s Unopposed Motion for Substitute of Counsel is granted, attorney Paul D. Heard is allowed to withdraw from this case and attorneys John S. Lilly and William A. Durham of the law firm of Eastham, Watson, Dale & Forney, L.L.P., The Niels Esperson Building, 20th Floor, 808 Travis Street, Houston, Texas 77002-5769, are substituted as counsel of record. Attorney John S. Lilly is designated as attorney-in-charge for Defendant, Texas American Shipping Corp.

SIGNED this _____ day of _____, 2000.

_____
Honorable Hayden W. Head, Jr.
United States District Judge

HOU:189315.1
18286.92343

4