CV ACTION NO.: **C-00-24**

UNITED STATES OF AMERICA        ) COUNSEL: **CHUCK WENDLANDT**

VS.

TEXAS AMERICAN SHIPPING, ET AL  COUNSEL: **John Rilly for FEDNAV + Texas Am. Shipping**

================================================================

JUDGE PRESIDING: **HAYDEN W. HEAD, JR.**

United States District Court
Southern District of Texas
FILED

JUL 26 2000

MICHAEL N. MILBY, CLERK

COURTROOM CLERK: **Judith F. Alvarez**   COURT RECORDER: **Genay Rogan**
LAW CLERK: **M. Fassold**   INTERPRETER: _____
~~U.S. MARSHAL~~/CSO: **T. Lee**   U.S.P.O.: _____
DATE: **7-26-00**   OPEN: **2:36 pm**   ADJOURN: **2:51**
TAPE: **2/2350-3082**

================================================================

Case called for SCHEDULING CONFERENCE. Appearances made. Mr. Rilly has answered for FEDNAV + has filed a motion to represent Texas American Shipping in place of Heard. The Court signs the order granting the motion to substitute counsel.

Pltff atty advises the Court why the case is in Southern District of Texas. Parties advise the Court of the facts. Discussion of Scheduling Order. The Court signs SO. Discussion of transfer of case. Parties advise that they will file a motion to transfer; unopposed. Adjourned.

18