UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. C-00-024 |
| § | |
| TEXAS AMERICAN SHIPPING CORP. § | In Admiralty |
| and FEDNAV INTERNATIONAL, LTD § | |
| in personam, and the § | |
| M/V PAL EAGLE, § | Rule 9(h) |
| its engines, tackle, etc., in rem, § | |
| § | |
| Defendants § | |

## ORDER

It is hereby ORDERED that Defendant Texas American Shipping Corp.'s Unopposed Motion for Substitute of Counsel is granted, attorney Paul D. Heard is allowed to withdraw from this case and attorneys John S. Lilly and William A. Durham of the law firm of Eastham, Watson, Dale & Forney, L.L.P., The Niels Esperson Building, 20th Floor, 808 Travis Street, Houston, Texas 77002-5769, are substituted as counsel of record. Attorney John S. Lilly is designated as attorney-in-charge for Defendant, Texas American Shipping Corp.

SIGNED this 26 day of _July_, 2000.

_____
Honorable Hayden W. Head, Jr.
United States District Judge

HOU:189315.1
18286 92343

4