United States District Court
Southern District of Texas
FILED

JUL 31 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § | Civil Action No. C-00-024 |
| v. | § § | In Admiralty |
| TEXAS AMERICAN SHIPPING CORP. and FEDNAV INTERNATIONAL, LTD. *in personam*, and the M/V PAL EAGLE its engines, tackle, etc., *in rem*, | § § § § § § | Rule 9(h) |
| Defendants. | § § | |

## DEFENDANTS' UNOPPOSED MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Texas American Shipping Corp and Fednav International, Ltd. file the following unopposed motion to transfer venue, respectfully showing the Court as follows:

1.  Defendants respectfully request that this cause of action be transferred to the United States District Court for the Southern District of Texas, Houston Division. A similar case is pending in that division ( C/A No. H-00-0167) and, after transfer, the Defendants will seek to consolidate this case with the pending case in Houston. Additionally, Defendants will be seeking the transfer of other similar maritime cargo cases currently pending in the Eastern District of Texas. Once these cases are transferred, Defendants will also seek the consolidation of these cases with the pending Houston case.

2.  Venue in the Houston Division is appropriate for this case and the transfers and consolidations are being sought for economic and practical handling reasons only. There

21.

will be no delays for additional expense incurred as a result of the proposed transfers or consolidations.

3. This Court has already entered a scheduling order. Defendants respectfully request that the dates contained in the scheduling order be canceled. The ultimate trial court will then be able to consider the scheduling of the consolidated cases jointly.

4. Defendants have contacted counsel for the Plaintiff and he has advised that there is no opposition to this motion.

5. Defendants respectfully request that the Court grant this motion and enter the attached order.

Respectfully submitted,

_____
John S. Lilly
Texas Bar No. 12356506
William A. Durham
Texas Bar No. 06281800
808 Travis, 20th Floor
Niels Esperson Building
Houston, Texas 77002
Telephone: 713-225-0905
Facsimile: 713-225-2907

Attorneys in Charge for Defendants,
Texas American Shipping Corp. and.
Fednav International, Ltd

OF COUNSEL:
EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiff's counsel has been contacted and is unopposed to the forgoing Motion.

_____
John S. Lilly

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| Plaintiff, | § § | Civil Action No. C-00-024 |
| v. | § § | In Admiralty |
| TEXAS AMERICAN SHIPPING CORP. and FEDNAV INTERNATIONAL, LTD. *in personam*, and the M/V PAL EAGLE its engines, tackle, etc., *in rem*, | § § § § § § | Rule 9(h) |
| Defendants. | § | |

## ORDER

Defendants' Unopposed Motion to Transfer Venue is granted. This case will be transferred to U.S. District Court for the Southern District of Texas (Houston Division). All scheduling dates set forth in the pending Scheduling Order are canceled . New dates will be established by the next court assigned to this case.

ORDERED this _____ day of _____, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

Approved and Entry Requested

_(signature)_

John S. Lilly
Texas Bar No. 12356505
William A. Durham
Texas Bar No. 06281800
808 Travis, 20th Floor
Niels Esperson Building
Houston, Texas 77002
Telephone: 713-225-0905
Facsimile: 713-225-2907

Attorneys in Charge for Defendants,
Texas American Shipping Corp. and Fednav International, Ltd.