UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG - 8 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | Civil Action No. C-00-024 |
| v. | § | In Admiralty |
| TEXAS AMERICAN SHIPPING CORP. and FEDNAV INTERNATIONAL, LTD. *in personam*, and the M/V PAL EAGLE its engines, tackle, etc., *in rem*, | § | Rule 9(h) |
| Defendants. | § | |

## ORDER

Defendants' Unopposed Motion to Transfer Venue is granted. This case will be transferred to U.S. District Court for the Southern District of Texas (Houston Division). All scheduling dates set forth in the pending Scheduling Order are canceled. New dates will be established by the next court assigned to this case.

ORDERED this ____6____ day of ____Aug____, 2000.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

Approved and Entry Requested

_____
John S. Lilly
Texas Bar No. 12356505
William A. Durham
Texas Bar No. 06281800
808 Travis, 20th Floor
Niels Esperson Building
Houston, Texas 77002
Telephone: 713-225-0905
Facsimile: 713-225-2907

Attorneys in Charge for Defendants,
Texas American Shipping Corp. and Fednav International, Ltd.